Mary A. Bergen, Respondent, *v.* Morton Amusement Company, Incorporated, Appellant, Impleaded with Others.

*Bergen* v. *Morton Amusement Co., Inc.*, 178 App. Div. 400, affirmed. (Argued April 23, 1919; decided May 20, 1919.)

Appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial

department, entered May 7, 1917, *unanimously* affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Defendant, preparatory to building, had caused an excavation to be made on its premises. Plaintiff, an occupant of adjoining premises, was walking upon a cement walk which led from the front to the rear thereof, and near the excavation on appellant's lot, when the earth on which the walk rested fell into the excavation, causing the walk to drop and causing her to fall into the excavation. Her recovery of damages was upon the theory that the bank of the excavation should have been supported by sheet piling, so as to prevent the earth from falling.

*Elijah W. Holt* for appellant.

*Carl Sherman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.